IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30686
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

TERRY RATHEL,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CR-50023-3
- - - - - - - - - -
February 11, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Terry Rathel has filed a brief

as required by <u>Anders v. California</u>, 396 U.S. 738 (1976).  Our

independent review of the brief and record discloses no

nonfrivolous issue.  Accordingly, counsel is excused from further

responsibilities herein and the APPEAL IS DISMISSED.

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.